UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:13-cr-00138-CLC/MJD |
| | ) | |
| JEREMY DANIELS | ) | |

**MEMORANDUM AND ORDER**

Defendant Jeremy Daniels appeared for a hearing on September 25, 2026, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition and Order for Warrant for an Offender Under Supervision [Doc. 77] (the "Petition") in the above matter.

Defendant was placed under oath and informed of his constitutional rights. The Court determined that Defendant wished to be represented by an attorney and qualified for appointed counsel. The Court therefore appointed Christopher Meadows with Federal Defender Services to represent Defendant. The Court also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

At the hearing, the parties jointly requested a continuance to address a potential issue raised by the face of the Petition. Specifically, the parties requested the opportunity to research and brief whether Defendant's term of supervised release was suspended or "paused" at the time of Defendant's first alleged noncompliance (March 2023) or at the time of the filing of the Petition (December 2023). The Court granted the parties' request and continued the Defendant's initial appearance to September 30, 2026.

After the hearing, the Government submitted an unopposed briefing schedule. Pursuant to that schedule, and by agreement of the parties, Defendant's brief will be due by end of business on Tuesday, September 29, 2026, and the Government's response will be due by end of business on Thursday, October 1, 2026. The parties' respective briefs shall be no longer than seven (7) pages. The District Judge will review the parties' respective filings and provide further guidance by way of separate order. If a hearing is still necessary after the District Judge rules on the jurisdictional issue, then the undersigned will set a hearing in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure.

Accordingly, the Court **ORDERS** that:

(1) Defendant's initial appearance originally set for September 30, 2026 be **CANCELLED**;

(2) Defendant file a brief, no longer than seven (7) pages, by end of business on Tuesday, September 29, 2026;

(3) The Government file a responsive brief, no longer than seven (7) pages, by end of business on Thursday, October 1, 2026; and

(4) Defendant be **DETAINED WITHOUT BAIL** pending further order of this Court.

SO ORDERED.

ENTER:

s/

MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE